# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150616(105)

CRAIG HECHT,
      Plaintiff-Appellee,

v

NATIONAL HERITAGE ACADEMIES, INC.,
      Defendant-Appellant.

SC: 150616
COA: 306870
Genesee CC: 10-093161-CL

_____/

      On order of the Court, the motion to review taxation of costs is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016



Clerk

s1017